UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN AGUILAR, #169244,             )
                    Petitioner,    )
                                   )        No. 1:17-cv-735
-v-                                )
                                   )        Honorable Paul L. Maloney
CARMEN PALMER,                     )
                    Respondent.    )
                                   )

## JUDGMENT

The Court has denied John Aguilar's petition for habeas relief filed under 28 U.S.C.

§ 2254.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT**

**ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 23, 2019                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge